UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHAEL J. ORTMANN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

AURINIA PHARMACEUTICALS INC., PETER GREENLEAF, and JOSEPH MILLER,

Defendants.

Case No. 1:22-CV-02185-BMC

**JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE TO THE DISTRICT OF MARYLAND PURSUANT TO 28 U.S.C. § 1404(a)**

---

Plaintiff Michael J. Ortmann ("Plaintiff") and Defendants Aurinia Pharmaceuticals Inc. ("Aurinia"), Peter Greenleaf, and Joseph Miller (collectively, "Defendants"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 15, 2022, Plaintiff commenced this action by filing a putative securities class action complaint against Defendants in this Court, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, Aurinia is a biopharmaceutical company incorporated in Alberta, Canada, with its corporate headquarters in Victoria, British Columbia and principal United States ("U.S.") office and commercial hub in Rockville, Maryland;

WHEREAS, Victoria, British Columbia and Rockville, Maryland are the locations where all the relevant decision-making took place and where the allegedly false and/or misleading statements were prepared and disseminated;

WHEREAS, most of the likely witnesses and the key physical and documentary evidence related to the claims and defenses in this action are located at Aurinia's principal U.S. office in Rockville, Maryland, within the District of Maryland;

WHEREAS, none of the complained-of acts occurred in the Eastern District of New York, none of the evidence is located here, and all the parties and potential witnesses reside hundreds of miles away;

WHEREAS, Plaintiff could have brought this action in the District of Maryland because venue for a federal securities class action is proper in any district wherein "the defendant is found or is an inhabitant or transacts business" or in a "judicial district in which any defendant resides," or a "judicial district in which a substantial part of the events or omissions giving rise to the claim occurred," 15 U.S.C. § 78aa; 28 U.S.C. § 1391(b)(1) & (b)(2); and

WHEREAS, the "individualized, case-by-case consideration[s] of convenience and fairness"[1] described above indicate that a transfer to the District of Maryland would be more convenient for the parties and witnesses and would better serve the interests of justice, fulfilling the fundamental purpose of 28 U.S.C. § 1404(a);

---

[1] *Stewart Org., Inc. v. Ricoh Corp.*, 487 US 22, 29 (1988).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties and subject to the approval of the Court, that the above-captioned action shall be transferred to the District of Maryland.

The filing party represents that it is authorized to file this Stipulation on behalf of the persons and entities indicated below.

IT IS SO STIPULATED.

Dated: June 2, 2022

**POMERANTZ LLP**

By:   */s/ Jeremy A. Lieberman*
        Jeremy A. Lieberman

600 Third Avenue
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

*Counsel for Plaintiff Michael J. Ortmann*

**COOLEY LLP**

By:   */s/ Koji F. Fukumura*
        Koji F. Fukumura

4401 Eastgate Mall
San Diego, CA 92121-1909
Tel: (858) 550-6000
kfukumura@cooley.com

*Counsel for Defendants Aurinia Pharmaceuticals Inc., Peter Greenleaf, and Joseph Miller*

SO ORDERED:

_____
The Honorable Brian M. Cogan
United States District Judge