UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. ORTMANN, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 8:22-cv-01335-GJH |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| AURINIA PHARMACEUTICALS INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF ANDREW C. WHITE IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

4879-3222-4036.v1

I, Andrew C. White, declare as follows:

1.      I am attorney licensed to practice in Maryland and am a partner of Silverman Thompson Slutkin & White LLC, local counsel for proposed lead plaintiff Robert E. Steckroth in the above-captioned securities class action.  I make this Declaration in support of Mr. Steckroth's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Globe Newswire* on April 15, 2022;

Exhibit B:    Mr. Steckroth's Certification;

Exhibit C:    Estimate of Mr. Steckroth's losses, prepared by counsel; and

Exhibit D:    Mr. Steckroth's Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of June, 2022.

_____
s/ Andrew C. White
ANDREW C. WHITE

- 1 -

4879-3222-4036.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June, 2022, a copy of the foregoing was electronically filed with Clerk of the Court by using the CM/ECF system, which will furnish electronic copies to all counsel.

Dated:  June 14, 2022                 /s/ Andrew C. White
                                            Andrew C. White, VSB No. 08821
                                            awhite@mdattorney.com

4879-3222-4036.v1

# Mailing Information for a Case 8:22-cv-01335-GJH Ortmann v. Aurinia Pharmaceuticals Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roney Balson**
  mpineiro@mnrlawfirm.com

- **Jordan A Cafritz**
  jcafritz@zlk.com

- **Daren Firestone**
  dhf@cunninghamlevy.com,Northern.Taxcriminal@usdoj.gov

- **Nikoletta Sara Mendrinos**
  nikoletta.mendrinos@murphyfalcon.com,karyn.slavin@murphyfalcon.com

- **Daniel Stephen Sommers**
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)