# EXHIBIT A

Pomerantz Law Firm Announces the Filing of a Class Action Against Aurinia Pharmaceuticals Inc., and Certain Officers – AUPH

NEW YORK, April 15, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Aurinia Pharmaceuticals Inc. ("Aurinia" or the "Company") (NASDAQ: AUPH) and certain of its officers. The class action, filed in the United States District Court for the Eastern District of New York, and docketed under 22-cv-02185, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Aurinia securities between May 7, 2021 and February 25, 2022, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Aurinia securities during the Class Period, you have until June 14, 2022 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

Aurinia is a biopharmaceutical company that develops and commercializes therapies to treat various diseases with unmet medical need in Japan and the People's Republic of China. The Company's only product is LUPKYNIS, which it offers for the treatment of adult patients with active lupus nephritis.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Aurinia was experiencing declining revenues; (ii) Aurinia's 2022 sales outlook for LUPKYNIS would fall well short of expectations; (iii) accordingly, the Company had significantly overstated LUPKYNIS's commercial prospects; (iv) as a result, the Company had overstated its financial position and/or prospects for 2022; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

On February 28, 2022, Aurinia issued a press release announcing its financial results for the quarter and full year ended December 31, 2021. Among other items, Aurinia reported a year-over-year revenue decline and announced a lower-than-expected sales outlook for 2022.

On this news, Aurinia's common share price fell $3.94 per share, or 24.26%, to close at $12.30 per share on February 28, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members.
See www.pomlaw.com
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
888-476-6529 ext. 7980