# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Robert E. Steckroth ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.     Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ⎯13⎯ day of June, 2022.

DocuSigned by:

*Robert E. Steckroth*
0E12BEC6F87146B...

Robert E.  Steckroth

AURINIA

DocuSign Envelope ID: 005D750F-80A2-4AA9-9DA9-32FE5FE434EB

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Robert E.**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/17/2021 | 866 | $12.56 |
| 06/17/2021 | 100 | $12.56 |
| 06/17/2021 | 534 | $12.56 |
| 06/30/2021 | 750 | $12.95 |
| 10/06/2021 | 500 | $20.06 |
| 10/26/2021 | 400 | $29.78 |
| 10/27/2021 | 500 | $28.70 |
| 10/27/2021 | 500 | $30.14 |
| 10/27/2021 | 600 | $29.75 |
| 11/04/2021 | 600 | $30.84 |
| 11/09/2021 | 500 | $30.50 |
| 11/12/2021 | 300 | $29.45 |
| 11/15/2021 | 400 | $29.10 |
| 11/15/2021 | 302 | $27.94 |
| 11/15/2021 | 98 | $27.94 |
| 11/15/2021 | 300 | $26.89 |
| 01/20/2022 | 500 | $18.79 |
| 01/25/2022 | 600 | $15.43 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 10/26/2021 | 333 | $30.45 |
| 10/26/2021 | 400 | $29.98 |
| 10/26/2021 | 300 | $30.35 |
| 10/27/2021 | 500 | $29.20 |
| 11/01/2021 | 500 | $32.60 |
| 11/04/2021 | 617 | $31.23 |
| 11/04/2021 | 300 | $31.29 |
| 11/04/2021 | 200 | $31.55 |

**Robert E. and Jeri A.**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/06/2021 | 300 | $20.13 |
| 10/14/2021 | 500 | $21.01 |

DocuSign Envelope ID: 005D750F-80A2-4AA9-9DA9-32FE5FE434EB

**Helen**

| Date<br>Acquired | Amount of<br>Shares Acquired | Price |
|---|---|---|
| 08/06/2021 | 1,500 | $14.32 |

**Jeri A.**

| Date<br>Acquired | Amount of<br>Shares Acquired | Price |
|---|---|---|
| 06/09/2021 | 305 | $12.90 |

Prices listed are rounded up to two decimal places.

DocuSign Envelope ID: FF89BF4F-252C-45AF-B6FF-F704714D9C1A

## ASSIGNMENT

Helen Steckroth, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to my son Robert E. Steckroth all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Aurinia Pharmaceuticals Inc. securities. Further, the Assignor hereby appoints Robert E. Steckroth as her true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Robert E. Steckroth agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Robert E. Steckroth.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of June, 2022.

DocuSigned by:

*Helen Steckroth*

B9F37FA5F4294A0...

Helen Steckroth

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13 day of June, 2022.

DocuSigned by:

*Robert E. Steckroth*

0E12BEC6F87146B...

Robert E. Steckroth

4860-6202-6020.v1

## ASSIGNMENT

Jeri A. Steckroth, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to my husband Robert E. Steckroth all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of Aurinia Pharmaceuticals Inc. securities.  Further, the Assignor hereby appoints Robert E. Steckroth as her true lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Robert E. Steckroth agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Robert E. Steckroth.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13 day of June, 2022.

DocuSigned by:

*Jeri A. Steckroth*

90563ACA09624EA...

Jeri A. Steckroth

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13 day of June, 2022.

DocuSigned by:

*Robert E. Steckroth*

0F12BEC6E87146B...

Robert E. Steckroth

4854-9251-8180.v1