# EXHIBIT D

## DECLARATION OF ROBERT E. STECKROTH

I, Robert E. Steckroth, submit this declaration in support of my lead plaintiff motion.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.    I live in Howell, Michigan and, for more than four decades, I have worked as an automotive diagnostic technician for a major American car manufacturer.  I earned an associate degree from Henry Ford Community College and I have more than 40 years of investing experience.

2.    I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3.    I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and authorize a potential settlement on behalf of the class.  I am willing to perform all of these duties on behalf of the class members.

4.    I have a substantial financial interest in this case based on my losses, along with the losses suffered by both my wife, Jeri A. Steckroth, and mother, Helen Steckroth.  I received an assignment from Jeri A. Steckroth and Helen Steckroth transferring all claims, demands, and causes of action from violations under the federal securities laws of the United States of America in connection with their purchase of Aurinia Pharmaceuticals Inc. securities.  I thus have an incentive to prosecute this case on behalf of Aurinia Pharmaceuticals investors.

5.    I understand that the lead plaintiff's share of any recovery is the same as every other potential class member.  As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such

as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

6.      I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on its experience prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP to represent the class in this case on a contingency basis.  Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13 day of June, 2022, at Howell, Michigan.

DocuSigned by:

*Robert E. Steckroth*

0E12BEC6F87146B...

ROBERT E. STECKROTH