## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

MICHAEL J. ORTMANN, Individually and
on behalf of all others similarly situated,

   Plaintiff,

v.

AURINIA PHARMACEUTICALS INC.,
PETER GREENLEAF, and JOSEPH
MILLER,

   Defendants.

Case No.: 8:22-cv-01335-GJH

Hon. George Jarrod Hazel

### SUPPLEMENTAL DECLARATION OF JORDAN A. CAFRITZ IN SUPPORT OF ACDC INVESTMENTS LIMITED'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, Jordan A. Cafritz, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.   I am an associate with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant ACDC Investments Limited ("ACDC") and proposed Lead Counsel for the Class.

2.   I submit this Declaration, together with the attached exhibits, in support of ACDC's motion for appointment as Lead Plaintiff and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class.

3.   Attached hereto as Exhibit A is a spreadsheet providing an analysis of movant Roney Balson's transactions in Aurinia Pharmaceuticals Inc. securities. The spreadsheet contains the common stock transactions reported by Mr. Balson and specifies which of the transactions resulted in a causally related loss.

4.   Mr. Balson's transactions in the attached spreadsheet are color-coded as follows. Shaded rows are "in-and-out" transactions that do not result in recoverable loss. The shading

appears as follows:

| Types of Transaction | Coding Color Scheme | | | | |
|---|---|---|---|---|---|
| Transactions resulting in unrecoverable loss | 260 | 6.73 | $ 1,749.80 | 08-20-2021 | 260 |
| | 501 | 6.7299 | $ 3,371.68 | 08-20-2021 | 501 |

5.      As demonstrated in the attached spreadsheet, Mr. Balson's recoverable loss from his transactions in Aurinia common stock is $185,937.

6.      Attached hereto as Exhibit B is a true and correct copy of the June 16, 2022 letter written by Adam M. Apton to Michael A. Pineiro and Daren H. Firestone requesting further information regarding Mr. Balson's transactions.

7.      Attached hereto as Exhibit C is a true and correct copy of the June 26, 2013 article, *Third parties and arbitration agreements: Fortress Value v Blue Skye*, from the DLA PIPER INTERNATIONAL ARBITRATION NEWSLETTER written by Elinor Thomas. The article is available at https://www.dlapiper.com/en/us/insights/publications/2013/06/third-parties-and-arbitration-agreements-ifortre__/ and was last accessed on June 28, 2022.

8.      Attached hereto as Exhibit D is a true and correct copy of the opinion from the High Court of Justice Queen's Bench Division Commercial Court regarding *Fortress Value Recovery Fund I LLC and others v Blue Skye Special Opportunities Fund LP and others* [2012] EWHC 1486 (Comm).      The      opinion      is      available      at https://www.bailii.org/ew/cases/EWHC/Comm/2012/1486.html and was last accessed on June 28, 2022.

9.      Attached hereto as Exhibit E is a true and correct copy of the opinion from the Court of Appeal (Civil Division) regarding *Fortress Value Recovery Fund I LLC and others v Blue Skye*

*Special Opportunities Fund LP and others* [2013] EWCA Civ 367. The opinion is available at https://www.bailii.org/ew/cases/EWCA/Civ/2013/367.html and was last accessed on June 28, 2022.

10.     Attached hereto as Exhibit F is a true and correct copy of the September 25, 2020 article, *Who's Blue Skye? What You Need To Know About The Firm Behind The Elliot-AC Milan Deal*, from Forbes written by Chloe Beresford. The article is available at https://www.forbes.com/sites/chloeberesford/2020/09/25/whos-blue-skye-what-you-need-to-know-about-the-firm-behind-the-elliott-ac-milan-deal/ and was last accessed on June 28, 2022.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed this 28th day of June, 2022.

 */s/ Jordan A. Cafritz*
Jordan A. Cafritz

3

## CERTIFICATE OF SERVICE

I, Jordan A. Cafritz, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 28th day of June 2022.

*/s/ Jordan A. Cafritz*
Jordan A. Cafritz