# EXHIBIT A

| | |
|---|---|
| **Client Name** | Roney Balson |
| **Company Name** | Aurinia Pharmaceuticals Inc. |
| **Ticker Symbol** | AUPH |
| **Security Type** | |
| **Class Period Start** | 05-07-2021 |
| **Class Period End** | 02-25-2022 |
| **90-DAY Lookback Period Start** | 02-26-2022 |
| **90-DAY Lookback Period End** | 05-26-2022 |
| **90-DAY Lookback Average** | $ 11.39 |
| **Pre Class Period Holdings** | -- |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| **DURA LIFO* Total** | $185,937.00 |
| **Gross Shares Purchased** | 215,000 |
| **Net Shares Retained** | 5,000 |
| **Net Funds Expended** | $500,937.00 |

### Roney Balson

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-30-2021 | 5000 | 12.95 | $ 64,750.00 | 08-17-2021 | 5000 | | $ 13.27 | $ 66,350.00 | - | - | - | $ 11.39 | | -$ 1,600.00 | -$ 1,600.00 |
| 06-30-2021 | 5000 | 13.02 | $ 65,100.00 | 08-17-2021 | 5000 | | $ 13.27 | $ 66,350.00 | - | - | - | $ 11.39 | | -$ 1,250.00 | -$ 1,250.00 |
| 07-28-2021 | 5000 | 12.04 | $ 60,200.00 | 08-10-2021 | 5000 | | $ 15.06 | $ 75,300.00 | - | - | - | $ 11.39 | | -$ 15,100.00 | -$ 15,100.00 |
| 07-28-2021 | 10000 | 12.04 | $ 120,400.00 | 08-17-2021 | 10000 | | $ 13.27 | $ 132,700.00 | - | - | - | $ 11.39 | | -$ 12,300.00 | -$ 12,300.00 |
| 07-28-2021 | 15000 | 13.66 | $ 204,900.00 | 08-10-2021 | 15000 | | $ 15.06 | $ 225,900.00 | - | - | - | $ 11.39 | | -$ 21,000.00 | -$ 21,000.00 |
| 08-18-2021 | 10000 | 13.26 | $ 132,600.00 | 08-30-2021 | 10000 | | $ 17.00 | $ 170,000.00 | - | - | - | $ 11.39 | | -$ 37,400.00 | -$ 37,400.00 |
| 08-31-2021 | 5000 | 16.55 | $ 82,750.00 | 10-06-2021 | 5000 | | $ 18.89 | $ 94,450.00 | - | - | - | $ 11.39 | | -$ 11,700.00 | -$ 11,700.00 |
| 09-01-2021 | 5000 | 17.54 | $ 87,700.00 | 10-01-2021 | 5000 | | $ 21.61 | $ 108,050.00 | - | - | - | $ 11.39 | | -$ 20,350.00 | -$ 20,350.00 |
| 09-01-2021 | 10000 | 17.54 | $ 175,400.00 | 10-01-2021 | 10000 | | $ 21.80 | $ 218,000.00 | - | - | - | $ 11.39 | | -$ 42,600.00 | -$ 42,600.00 |
| 09-01-2021 | 5000 | 16.96 | $ 84,800.00 | 10-01-2021 | 5000 | | $ 21.32 | $ 106,600.00 | - | - | - | $ 11.39 | | -$ 21,800.00 | -$ 21,800.00 |
| 09-01-2021 | 5000 | 16.96 | $ 84,800.00 | 10-01-2021 | 5000 | | $ 21.61 | $ 108,050.00 | - | - | - | $ 11.39 | | -$ 23,250.00 | -$ 23,250.00 |
| 09-22-2021 | 10000 | 23.1 | $ 231,000.00 | 10-01-2021 | 10000 | | $ 20.94 | $ 209,400.00 | - | - | - | $ 11.39 | | $ 21,600.00 | |
| 09-22-2021 | 5000 | 23.1 | $ 115,500.00 | 10-01-2021 | 5000 | | $ 21.32 | $ 106,600.00 | - | - | - | $ 11.39 | | $ 8,900.00 | |
| 10-13-2021 | 9200 | 21.14 | $ 194,488.00 | 02-28-2022 | | 9200 | $ 12.30 | | $ 113,160.00 | 9200 | - | $ 11.39 | | $ 81,328.00 | $ 81,328.00 |
| 10-13-2021 | 10900 | 21.23 | $ 231,407.00 | 02-28-2022 | | 10900 | $ 12.30 | | $ 134,070.00 | 10900 | - | $ 11.39 | | $ 97,337.00 | $ 97,337.00 |
| 10-15-2021 | 5000 | 21.08 | $ 105,400.00 | 11-22-2021 | 5000 | | $ 20.92 | $ 104,600.00 | - | - | - | $ 11.39 | | $ 800.00 | |
| 10-15-2021 | 5000 | 21.08 | $ 105,400.00 | 11-23-2021 | 5000 | | $ 17.31 | $ 86,550.00 | - | - | - | $ 11.39 | | $ 18,850.00 | |
| 10-15-2021 | 4900 | 21.08 | $ 103,292.00 | 02-28-2022 | | 4900 | $ 12.30 | | $ 60,270.00 | 4900 | - | $ 11.39 | | $ 43,022.00 | $ 43,022.00 |
| 10-25-2021 | 15000 | 30.09 | $ 451,350.00 | 11-22-2021 | 15000 | | $ 20.92 | $ 313,800.00 | - | - | - | $ 11.39 | | $ 137,550.00 | |
| 10-25-2021 | 10000 | 30.01 | $ 300,100.00 | 11-22-2021 | 10000 | | $ 19.82 | $ 198,200.00 | - | - | - | $ 11.39 | | $ 101,900.00 | |
| 10-25-2021 | 10000 | 30.01 | $ 300,100.00 | 11-22-2021 | 10000 | | $ 20.92 | $ 209,200.00 | - | - | - | $ 11.39 | | $ 90,900.00 | |
| 10-25-2021 | 10000 | 19.28 | $ 192,800.00 | 11-23-2021 | 10000 | | $ 17.31 | $ 173,100.00 | - | - | - | $ 11.39 | | $ 19,700.00 | |
| 12-02-2021 | 10000 | 20.75 | $ 207,500.00 | 02-28-2022 | | 10000 | $ 12.30 | | $ 123,000.00 | 10000 | - | $ 11.39 | | $ 84,500.00 | $ 84,500.00 |
| 12-03-2021 | 5000 | 21.11 | $ 105,550.00 | 01-24-2022 | 5000 | | $ 14.22 | $ 71,100.00 | - | - | - | $ 11.39 | | $ 34,450.00 | |
| 12-03-2021 | 10000 | 21.11 | $ 211,100.00 | 02-28-2022 | | 10000 | $ 12.30 | | $ 123,000.00 | 10000 | - | $ 11.39 | | $ 88,100.00 | $ 88,100.00 |
| 12-10-2021 | 10000 | 20.82 | $ 208,200.00 | 01-24-2022 | 10000 | | $ 14.22 | $ 142,200.00 | - | - | - | $ 11.39 | | $ 66,000.00 | |
| 01-06-2022 | 5000 | 19.96 | $ 99,800.00 | 01-24-2022 | 5000 | | $ 14.22 | $ 71,100.00 | - | - | - | $ 11.39 | | $ 28,700.00 | |
| Matched against pre class period holdings | | | | 08-30-2021 | 5000 | | $ 17.00 | $ 85,000.00 | - | - | - | $ 11.39 | | | |
| Matched against pre class period holdings | | | | 10-06-2021 | 5000 | | $ 18.89 | $ 94,450.00 | - | - | - | $ 11.39 | | | |
| Matched against pre class period holdings | | | | 10-06-2021 | 10000 | | $ 19.12 | $ 191,200.00 | - | - | - | $ 11.39 | | | |
| Matched against pre class period holdings | | | | 10-06-2021 | 10000 | | $ 19.69 | $ 196,900.00 | - | - | - | $ 11.39 | | | |
| Matched against pre class period holdings | | | | 10-06-2021 | 10000 | | $ 20.03 | $ 200,300.00 | - | - | - | $ 11.39 | | | |
| **Total:** | **215,000** | | **$4,326,387.00** | | **210,000** | **45000** | | **$3,825,450.00** | **$553,500** | **45,000** | | | | **$715,287.00** | **$185,937.00** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.