# EXHIBIT B



55 Broadway, 10th Floor
New York, NY 10006
T: 212-363-7500
F: 212-363-7171
www.zlk.com

**Adam M. Apton**
aapton@zlk.com

June 16, 2022

**VIA ELECTRONIC MAIL**

Michael A. Pineiro
Marcus Neiman Rashbaum & Pineiro LLP
2 South Biscayne Boulevard, Suite 2530
Miami, Florida 33131
E: mpineiro@mnrlawfirm.com

Daren H. Firestone
Levy Firestone Muse LLP
900 17th Street NW, Suite 1200
Washington, DC 20006
E: dhf@levyfirestone.com

**Re:**        *Ortmann v. Aurinia Pharmaceuticals Inc.*
            Case No. 22-cv-01355 (D. Md.)

Dear Counsel:

I write on behalf of ACDC Investments Limited in connection with the motions for lead plaintiff filed by our respective firms. Pursuant to the Private Securities Litigation Reform Act of 1995, a movant's financial interest in the litigation is often determinative of whether he will ultimately be appointed as the lead plaintiff in the action. While you represent in your motion that your client, Roney Balson, "suffered a loss of approximately $879,028 in connection with his purchase of [Aurinia Pharmaceutical] securities" (Dkt. No. 17 at 5), you do not provide certain information necessary to assess the accuracy of that claim. We ask that you please provide further information regarding Mr. Balson's transactions, as described below:

1) The type of options purchased/sold (*i.e.*, calls or puts);

2) The transaction type (*e.g.*, buy to open, buy to close, sell to open, sell to close, expiration);

3) The option code (or security identifier) which specifies the ticker, option expiration, and strike price.

In addition to the above, it appears that Mr. Balson held a substantial number of shares prior to the start of the Class Period given that at various times in the Class Period he sold more shares than he had purchased. Consequently, please specify the number of Aurinia Pharmaceuticals shares held by Mr. Balson

NEW YORK  ·  WASHINGTON, D.C.  ·  CONNECTICUT  ·  CALIFORNIA

LEVI&KORSINSKYLLP

June 16, 2022
Page 2 of 2


at the start of the Class Period so we can determine how many damaged shares Mr. Balson held throughout the Class Period ending on February 25, 2022.

We make these requests in accordance with the PSLRA's discovery provisions. *See*, *e.g.*, *Broadfoot v. Barrick Gold Corp.*, 2017 U.S. Dist. LEXIS 142872, at *3-4 (S.D.N.Y. Aug. 9, 2017) (allowing discovery into trading information and strategy). Please provide the requested information timely so we can assess our respective positions on the motions before oppositions are due.


Sincerely,


 s/ Adam M. Apton
Adam M. Apton


CC:    Jordan Cafritz