**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| MICHAEL J. ORTMANN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AURINIA PHARMACEUTICALS INC., PETER GREENLEAF, and JOSEPH MILLER,<br><br>Defendants. | Civil Action No: 8:22-cv-01335-GJH<br><br>CLASS ACTION |

**DECLARATION OF ANDREW RADDING IN FURTHER SUPPORT OF THE MOTION OF SKYE CAPITAL PARTNERS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL, AND IN FURTHER OPPOSITION TO COMPETING MOTIONS**

I, Andrew Radding, hereby declare as follows:

1.     I am an attorney with the law firm Adelberg, Rudow, Dorf & Hendler, LLC ("Adelberg"), Liaison Counsel for lead plaintiff movant Skye Capital Partners ("Movant") and proposed Liaison Counsel for the Class.

2.     I submit this Declaration, together with the attached exhibit, in further support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the Class and Adelberg as Liaison Counsel for the Class, and in further Opposition to Competing Motions.

3.     Attached hereto are a true and correct copies of the following exhibits:

Exhibit 1:     Declaration of Salvatore Cerchione in Support of the Motion of Skye Capital Partners for Appointment as Lead Plaintiff and Approval of Selection of Counsel, attaching as exhibits thereto:

Exhibit A:     Amended Certification Pursuant to the Federal Securities Laws;

Exhibit B:     Skye Capital Partners' Certificate of Incumbency;

Exhibit C:     CV of Salvatore Cerchione; and

Exhibit D:     Blue Skye Financial Partners S.a.r.l. Registre de Commerce.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 12th day of July, 2022.

/s/ *Andrew Radding*
Andrew Radding

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

I, Andrew Radding, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 12th day of July, 2022.

/s/ *Andrew Radding*
Andrew Radding