# EXHIBIT 1

**DECLARATION OF SALVATORE CERCHIONE IN SUPPORT OF
THE MOTION OF SKYE CAPITAL PARTNERS FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Salvatore Cerchione, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this Declaration in support of Skye Capital Partners Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Declaration"). I have personal knowledge of the facts contained in this Declaration and could competently testify to them if called to do so.

2. My original certification mistakenly identified Skye Capital Partners as a trust. Skye Capital Partners is not a trust, but instead is an exempted company formed under the laws of the Cayman Islands, that is an asset of my family trust (causing the original confusion). I have corrected this mistake in the amended Certification attached hereto as Exhibit A.

3. Skye Capital Partners is an investment company that makes investments in public and private entities. I am the sole director of Skye Capital Partners and make the investment decisions for Skye Capital Partners. A true and correct copy of Skye Capital Partner's Certificate of Incumbency is attached hereto as Exhibit B. I made the decision on behalf of Skye Capital Partners to purchase the Aurinia Pharmaceuticals Inc. stock that is the subject of this action.

4. I am also the co-founder and Managing Partner/CEO of Blue Skye Financial Partners S.á.r.l. (also known as Blue Skye Investment Group), a European investment group and merchant capital provider. *See* Exhibit C (Cerchione CV); Exhibit D (Blue Sky Financial Partners S.á.r.l. Registre de Commerce); www.blueskyinv.com. As detailed in my CV, I have extensive investing experience and have led over $2 billion of investments in the EMEA market. I have an MBA from Columbia Business School and reside in Dubai.

5. I have reviewed the opposition to Skye Capital Partner's appointment as lead plaintiff filed by ACDC Investments Limited and discussed it with counsel. ACDC Investment

1

Limited's opposition refers to a U.K. commercial lawsuit filed over 10 years ago against Blue Skye Special Opportunities Fund L.P., myself, and additional defendants. There was no trial in that action. The parties agreed to settle the action with no admission as to liability. Blue Skye Special Opportunities Fund L.P. is no longer an operating entity.

6. As detailed in my CV, both prior to the litigation and after, I have managed, as a fiduciary, numerous investments and hold positions on a number of boards.

7. I understand that if Skye Capital Partners is appointed as lead plaintiff, Skye Capital Partners and I would owe a fiduciary duty to the class to provide effective representation and to ensure that lead counsel effectively litigates the action. I understand that if Skye Capital Partners is appointed as lead plaintiff, Skye Capital Partners and I will owe a duty to the putative class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy.

8. If Skye Capital Partners is appointed as lead plaintiff, I agree to actively manage the prosecution of the action including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in the action.

9. It is the goal Skye Capital Partners to resolve the action in an expeditious manner that is fair to all members of the class. Through supervision of Skye Capital Partners' chosen counsel, Bragar Eagel & Squire, P.C. ("BES"), Skye Capital Partners will ensure that the action is prosecuted for the benefit of the class in an efficient and effective manner. In that regard, Skye Capital Partners will direct BES to prosecute the action in such a way to achieve a fair result for all members of the class.

2

I declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12 day of July, 2022.

Salvatore Cerchione (Jul 12, 2022 15:07 GMT+2)

Salvatore Cerchione

3

# EXHIBIT A

## AMENDED CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Salvatore Cerchione, on behalf of Skye Capital Partners ("Plaintiff/Movant"), certify that:

1.      I am duly authorized to act on behalf of Plaintiff/Movant as the sole director of Skye Capital Partners, the entity owning shares of Aurinia Pharmaceuticals, Inc. ("Aurinia"). I am the CEO of Blue Skye Financial Partners S.a.r.l. and reside in Dubai. I have an MBA from Columbia Business School and 25 years of investing experience.

2.      Plaintiff/Movant has reviewed the complaint and has authorized its filing, and/or the filing of a Lead Plaintiff motion on its behalf.

3.      Plaintiff/Movant did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

4.      Plaintiff/Movant wants to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. Plaintiff/Movant fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5.      Attached hereto as Schedule A is a complete listing of all of Plaintiff/Movant's Aurinia (NASDAQ: AUPH) transactions during the Class Period.

6.      Plaintiff/Movant has not served as a representative party on behalf of a class under this title during the last three years.

7.      Plaintiff/Movant will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff/Movant's pro rata share of any recovery, except such

reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 07/12/2022 _____

_____
Salvatore Cerchione (Jul 12, 2022 15:07 GMT+2)

Salvatore Cerchione

## SCHEDULE A

Class Period Transactions of Skye Capital Partners in Aurinia Pharmaceuticals, Inc. (NASDAQ: AUPH) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 8/26/2021 | Purchase | 58,000 | $17.274 |
| 10/25/2021 | Sale | 29,000 | $30.01 |
| 10/26/2021 | Purchase | 115,000 | $30.165 |
| 11/1/2021 | Purchase | 70,000 | $32.542 |
| 11/18/2021 | Purchase | 67,000 | $29.601 |
| 11/22/2021 | Purchase | 74,250 | $20.168 |
| 12/6/2021 | Purchase | 110,000 | $18.279 |

# EXHIBIT B



*MC-150139*

# Certificate Of Incumbency

I, FLOSSIEBELL M. MARAGH *Assistant Registrar of Companies in and for the Cayman Islands* DO HEREBY CERTIFY *that the below mentioned are the Directors and Officers of*

### Skye Capital Partners

*as filed with this office:-*

Salvatore Cerchione                    Director



Given under my hand and
Seal at George Town in the
Island of Grand Cayman the
Nineteenth day of January
Two Thousand Twenty-One



*Assistant Registrar
of Companies, Cayman Islands*



Authorisation Code : 381103158840
www.verify.gov.ky
19 January 2021

# EXHIBIT C

**Salvatore Cerchione**
**PROFESSIONAL RESUME**

Mr. Cerchione, 50, is the Co-Founder and Managing Partner of Blue Skye Investment Group since 2007. As co-founder and CEO of Blue Skye he has led over 2Bn$ of investment in the EMEA Market focusing on luxury hospitality, real estate properties and sport investments.

**CURRENT INVESTMENTS**

Blue Skye Investment Group current portfolio consists of:
- Co-investment with Elliott investment Fund in A.C. Milan football club and Hotel Bauer S.p.A. and Hotel Palladio S.p.A., luxury, five-star hotels in Venice.
- Cipriani (Ibiza and London restaurants)
- Co-investments in the UAE with the Bulldozer Group, led by Mr. Evgeny Kuzin
- Co-investments with Mr. Flavio Briatore and Mr. Francesco Costa for the restaurants Crazy Pizza.

Mr Cerchione holds positions as Board Member of A.C. Milan, Hotel Palladio S.p.A. and Cipriani Downtown Ibiza.

**INVESTMENTS TRACK RECORD AND DIRECTORSHIPS**

Blue Skye during its lifespan has completed several investments in which Mr Cerchione has assumed various roles including Directorships and Board Memberships:
- Hotel Bauer S.p.A., a luxury, five-star hotel, San Marco, Venice.
- C Management S.à r.l. (Holding Company of the Cipriani Group) and its operating subsidiaries:
    - Cipriani S. à r.l., Luxembourg
    - Cipriani S. à r.l., Abu Dhabi
    - Downtown Ibiza by Cipriani
    - Cipriani USA Inc., New York
    - Cipriani Monte Carlo, Monaco
    - Cipriani S.r.l., Italy
    - Cipriani Industria S.r.l., Italy
- Sirti S.p.A. largest Italian telecom infrastructure maintenance operator, board membership and HR Committee.
- Arcotronics S.p.A., market leader capacitor technology company acquired by Blue Skye in 2006.
- Beta Skye S.p.A. (including chairmanship).
- Independent Director at Premafin S.p.A. during the financial crisis.

Oher transactions include SNAI S.p.A. (senior lending), IPC CLEANING S.p.A (mezzanine lending), G1 REAL ESTATE (construction and development loan).

**PREVIOUS WORK EXPERIENCES**

From 2005 to 2007 Mr. Cerchione worked at D.B. Zwirn in London as Managing Director, Head of Southern European Markets. D.B. Zwirn acted as anchor investor in Blue Skye since its inception.

From 2001 to 2005 Mr. Cerchione worked, as Vice President, in the Investment Banking Division at Morgan Stanley & Co. with responsibility over a variety of M&A and restructuring assignments in Capital Goods, Aerospace, and Chemical sectors.

From 1998 to 2000 Mr. Cerchione worked as a Consultant for Bain & Co. in Italy, on strategic and restructuring projects in the Consumer and Media sectors.

From 1995 to 1998 Mr. Cerchione worked in industry, as Project Manager for plant restructuring and integration for Procter & Gamble in Italy, France, Germany, and Turkey.

**EDUCATION AND QUALIFICATIONS**

Mr. Cerchione holds an MBA with Honours (Beta Gamma Sigma) from Columbia Business School in New York, and an M.S. in Electronic and Telecommunications Engineering, Magna Cum Laude, and Telecom Italia 1993 Award Scholarship, from Politecnico di Napoli, Italy. Mr Cerchione is fluent in Italian, English, French, and has knowledge of Spanish.

# EXHIBIT D

RCS
REGISTRE DE COMMERCE
ET DES SOCIÉTÉS

# EXTRAIT

## Blue Skye Financial Partners S.à r.l.
Numéro d'immatriculation : **B193016**

## Date d'immatriculation
23/12/2014

## Dénomination ou raison sociale
Blue Skye Financial Partners S.à r.l.

## Forme juridique
Société à responsabilité limitée

## Siège social

| Numéro | Rue |
|---|---|
| 5 | Côte d'Eich |

| Code postal | Localité |
|---|---|
| 1450 | Luxembourg |

## Objet social
La société a pour objet toutes les opérations se rapportant directement ou indirectement à la prise de participations sous quelque forme que ce soit, dans toute entreprise, ainsi que l'administration, la gestion, le contrôle et le développement de ces participations.Elle pourra notamment employer ses fonds à la création, à la gestion, à la mise en valeur et à la liquidation d'un portefeuille se composant de tous titres et brevets de toute origine, participer à la création, au développement et au contrôle de toute entreprise, acquérir par voie d'apport, de souscription, de prise ferme ou d'option d'achat et de toute autre manière, tous titres et brevets, les réaliser par voie de vente, de cession, d'échange ou autrement, faire mettre en valeur ces affaires et brevets, accorder à d'autres sociétés ou entreprises qui font partie du même groupe de sociétés que la Société tous concours, prêts, avances ou garanties.La société pourra aussi accomplir toutes opérations commerciales, industrielles ou financières, ainsi que tous transferts de propriété immobiliers ou mobiliers en relation avec son objet ou pouvant en favoriser l'accomplissement.

## Capital social / Fonds social

| Type | Montant | Devise | Etat de libération |
|---|---|---|---|
| Fixe | 12 500 | Euro | Total |

## Date de constitution
24/11/2014

## Durée
Illimitée

## Exercice social

| **Premier exercice ou exercice raccourci** | | **Exercice social** | |
|---|---|---|---|
| Du | Au | Du | Au |
| 24/11/2014 | 31/12/2015 | 01/01 | 31/12 |

LUXEMBOURG BUSINESS REGISTERS G.I.E.   T. (+352) 26 42 81   F. (+352) 26 42 85 55   WWW.LBR.LU
ADRESSE POSTALE : L-2961 LUXEMBOURG  |  SIÈGE : 14, RUE ERASME  L-1468 LUXEMBOURG  |  R.C.S. LUXEMBOURG C24



## Code NACE [1]

64.202
Sociétés de participation financière (Soparfi)

## Associé(s)

### CERCHIONE Salvatore

Nom | Prénom(s)
CERCHIONE | Salvatore

**Adresse privée ou professionnelle**

Numéro | Rue
5 | Côte d'Eich

Code postal | Localité | Pays
1450 | Luxembourg | Luxembourg

**Parts détenues**

Nombre | Type(s) de parts
6 250 | parts sociales

### D'AVANZO Gianluca

Nom | Prénom(s)
D'AVANZO | Gianluca

**Adresse privée ou professionnelle**

Numéro | Rue
5 | Côte d'Eich

Code postal | Localité | Pays
1450 | Luxembourg | Luxembourg

**Parts détenues**

Nombre | Type(s) de parts
6 250 | parts sociales

## Administrateur(s) / Gérant(s)

Régime de signature statutaire
Art. 18.  La Société sera engagée par la seule signature du gérant unique, et, en cas de pluralité de gérants, par la signature conjointe d'au moins un gérant de Catégorie A, un gérant de Catégorie B et un gérant de Catégorie C.

### CASLINI Giovanni

Nom | Prénom(s)
CASLINI | Giovanni

**Adresse privée ou professionnelle**

Numéro | Rue
5 | Côte d'Eich

Code postal | Localité | Pays
1450 | Luxembourg | Luxembourg

**Type de mandat**

Organe | Fonction
Conseil de Gérance | Gérant de Catégorie C

**Durée du mandat**

Date de nomination | Durée du mandat
09/03/2021 | Indéterminée

### CERCHIONE Salvatore

Nom | Prénom(s)
CERCHIONE | Salvatore



Page 3 / 3
B193016

**Adresse privée ou professionnelle**

Numéro    Rue
5         Côte d'Eich

Code postal    Localité       Pays
1450           Luxembourg     Luxembourg

**Type de mandat**

Organe                  Fonction
Conseil de Gérance      Gérant de Catégorie A

**Durée du mandat**

Date de nomination      Durée du mandat
09/03/2021              Indéterminée

## D'AVANZO Gianluca

Nom         Prénom(s)
D'AVANZO    Gianluca

**Adresse privée ou professionnelle**

Numéro    Rue
5         Côte d'Eich

Code postal    Localité       Pays
1450           Luxembourg     Luxembourg

**Type de mandat**

Organe                  Fonction
Conseil de Gérance      Gérant de Catégorie B

**Durée du mandat**

Date de nomination      Durée du mandat
09/03/2021              Indéterminée

---

**Pour extrait conforme** [2]

**Luxembourg, le 05/04/2022**

**Pour le gestionnaire du registre de commerce et des sociétés** [3]

[1] Information mise à jour mensuellement sur base de l'article 12§3 de la loi modifiée du 19 décembre 2002 concernant le registre de commerce et des sociétés ainsi que la comptabilité et les comptes annuels des entreprises.

[2] En application de l'article 21 paragraphe 2 de la loi modifiée du 19 décembre 2002 concernant le registre de commerce et des sociétés ainsi que la comptabilité et les comptes annuels des entreprises et l'article 21 du règlement grand-ducal modifié du 23 janvier 2003 portant exécution de la loi du 19 décembre 2002, le présent formulaire reprend au moins la situation à jour des données communiquées au registre de commerce et des sociétés jusqu'à un jour avant la date d'émission dudit formulaire. Si une modification a été notifiée au registre de commerce et des sociétés entre temps, il se peut qu'elle n'ait pas été prise en compte lors de l'émission de ce formulaire.

[3] Le présent extrait est établi et signé électroniquement. Le gestionnaire du registre de commerce et des sociétés ne garantit l'authenticité de l'origine et l'intégrité des informations contenues sur le présent extrait par rapport aux informations inscrites au registre de commerce et des sociétés que si le présent extrait comporte une signature électronique émise par le gestionnaire du registre de commerce et des sociétés.