## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MICHAEL J. ORTMANN, Individually and
on Behalf of All Others Similarly Situated,

        Plaintiff,

   v.

AURINIA PHARMACEUTICALS INC.,
PETER GREENLEAF, and JOSEPH
MILLER,

        Defendants.

Civil Action No. 22-cv-1335-TDC

Hon. Theodore D. Chuang

**DECLARATION OF DAVID E. MILLS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, David E. Mills, declare as follows:

1.     I am an attorney admitted to practice law in the State of Maryland and a partner at Cooley LLP, counsel for Defendants Aurinia Pharmaceuticals, Inc., Peter Greenleaf, and Joseph Miller (collectively, "Defendants"), in the above-captioned action. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws ("Motion to Dismiss"). Except as noted otherwise, I have personal knowledge of the facts herein and if called to testify, could and would testify competently thereto.

2.     Attached as **Appendix A**, and submitted solely for the Court's convenience, is a chart created by Defendants' counsel cataloging statements that Plaintiff purportedly challenges in the Amended Class Action Complaint for Violations of the Federal Securities Laws ("AC") as well as the bases for dismissal included in Section IV.A.2 of the Motion to Dismiss.

3.      The following exhibits, all of which are cited in the Motion to Dismiss, will be filed within seven days of Defendants filing their Reply in Support of the Motion to Dismiss, as required under Sections II.B.2.j. and II.C of the Case Management Order dated March 10, 2023.  (ECF No. 50.)

a.      **Exhibit 1** is a true and correct highlighted copy of the transcript from Aurinia's presentation at the Annual J.P. Morgan Virtual Healthcare Conference held on January 14, 2021, and is publicly available for a fee at: https://www.spglobal.com/marketintelligence/en/news-insights/research/.

b.      **Exhibit 2** is a true and correct highlighted copy of Aurinia's Form 8-K filed with the U.S. Securities and Exchange Commission ("SEC") on January 25, 2021, which attached a press release and a presentation that are incorporated by reference into the AC at ¶ 30, and is publicly available from the SEC on its website: http://www.sec.gov/edgar.

c.      **Exhibit 3** is a true and correct highlighted copy of the transcript of Aurinia's Special Call held on January 25, 2021, and is publicly available for a fee at: https://www.spglobal.com/marketintelligence/en/news-insights/research/.

d.      **Exhibit 4** is a true and correct highlighted copy of Aurinia's Form 10-K for the year ended December 31, 2020, filed with the SEC on February 24, 2021, which is incorporated by reference into the AC at ¶¶ 51, 59, and is publicly available from the SEC on its website: https://www.sec.gov/edgar.

e.      **Exhibit 5** is a true and correct highlighted copy of the transcript of Aurinia's Fourth Quarter 2020 earnings call held on February 24, 2021, and is publicly available for a fee at: https://www.spglobal.com/market intelligence/en/news-insights/research/.

f.      **Exhibit 6** is a true and correct highlighted copy of the transcript from Aurinia's presentation at the Cowen 41st Annual Health Care Conference

held on March 4, 2021, and is publicly available for a fee at: https://www.spglobal.com/marketintelligence/en/news-insights/research/.

g.    **Exhibit 7** is a true and correct highlighted copy of Aurinia's Form 10-Q for the quarter ended March 31, 2021 ("First Quarter 2021"), filed with the SEC on May 6, 2021, and is publicly available from the SEC on its website: https://www. sec.gov/edgar.

h.    **Exhibit 8** is a true and correct highlighted copy of Aurinia's Form 8-K filed with the SEC on May 6, 2021, which attached a press release that is incorporated by reference into the AC at ¶ 46, and is publicly available from the SEC on its website: https://www. sec.gov/edgar.

i.    **Exhibit 9** is a true and correct highlighted copy of the transcript of Aurinia's First Quarter 2021 earnings call held on May 6, 2021, which is incorporated by reference into the AC at ¶ 47, and is publicly available for a fee at: https://www.spglobal.com/marketintelligence/en/news-insights/research/.

j.    **Exhibit 10** is a true and correct highlighted copy of Aurinia's Form 10-Q for the quarter ended June 30, 2021 ("Second Quarter 2021"), filed with the SEC on August 5, 2021, which is incorporated by reference into the AC at ¶ 51, and is publicly available from the SEC on its website: https://www.sec.gov/edgar.

k.    **Exhibit 11** is a true and correct highlighted copy of Aurinia's Form 8-K filed with the SEC on August 5, 2021, which attached a press release that is incorporated by reference into the AC at ¶ 49, and is publicly available from the SEC on its website: https://www.sec.gov/edgar.

l.    **Exhibit 12** is a true and correct highlighted copy of the transcript of Aurinia's Second Quarter 2021 earnings call held on August 5, 2021, which is incorporated by reference into the AC at ¶¶ 50, 82–85, and is publicly

available for a fee at: https://www.spglobal.com/marketintelligence/en/news-insights/research/.

m.   **Exhibit 13** is a true and correct highlighted copy of the transcript from Aurinia's presentation at the Cantor Fitzgerald & Co. Global Healthcare 2021 Conference held on September 30, 2021, and is publicly available for a fee at: https://www.spglobal.com/marketintelligence/en/news-insights/research/.

n.   **Exhibit 14** is a true and correct highlighted copy of Aurinia's Form 10-Q for the quarter ended September 30, 2021 ("Third Quarter 2021"), filed with the SEC on November 3, 2021, which is incorporated by reference into the AC at ¶ 59, and is publicly available from the SEC on its website: https://www.sec.gov/edgar.

o.   **Exhibit 15** is a true and correct highlighted copy of Aurinia's Form 8-K filed with the SEC on November 3, 2021, which attached a press release that is incorporated by reference into the AC at ¶ 53, and is publicly available from the SEC on its website: https://www.sec.gov/edgar.

p.   **Exhibit 16** is a true and correct highlighted copy of the transcript of Aurinia's Third Quarter 2021 earnings call held on November 3, 2021, which is incorporated by reference into the AC at ¶¶ 54–58, 86–87, and is publicly available for a fee at: https://www.spglobal.com/marketintelligence/en/news-insights/research/.

q.   **Exhibit 17** is a true and correct highlighted copy of the transcript from Aurinia's presentation at the J.P. Morgan 40th Annual Healthcare Conference held on January 13, 2022, and is publicly available for a fee at: https://www.spglobal.com/marketintelligence/en/news-insights/research/.

r.   **Exhibit 18** is a true and correct highlighted copy of the transcript from Aurinia's presentation at the SVB Leerink Global Healthcare Conference

held on February 16, 2022, which is incorporated by reference into the AC at ¶¶ 4, 42, 63, 88, and is publicly available for a fee at: http://www.factset.com/.

s.    **Exhibit 19** is a true and correct highlighted copy of Aurinia's Form 8-K filed with the SEC on February 28, 2022, which attached a press release that is incorporated by reference into the AC at ¶¶ 65, 88, 103, and is publicly available from the SEC on its website: http://www.sec.gov/edgar.

t.    **Exhibit 20** is a true and correct highlighted copy of the transcript of Aurinia's Fourth Quarter 2021 earnings call held on February 28, 2022, which is incorporated by reference into the AC at ¶ 88, 103, and is publicly available for a fee at: https://www.spglobal.com/marketintelligence/en/news-insights/research/.

I declare under penalty of perjury under the laws of the State of Maryland that the foregoing is true and correct.  Executed October 20, 2023 in Washington, D.C.

                                      */s/ David E. Mills*

                                      David E. Mills