# APPENDIX A

**CHART OF CHALLENGED STATEMENTS**

| No. | Source | Challenged Statement[1] | Dismissal Arguments[2] |
|---|---|---|---|
| 1. | 05/06/21 Press Release AC ¶ 46 Ex. 8 | "2021 started with the FDA approval of LUPKYNIS, the first FDA-approved oral treatment for active lupus nephritis – a devastating complication of lupus . . . . Our pivotal decision and work to build a world-class commercial infrastructure prior to approval ultimately led to Aurinia being able to make LUPKYNIS immediately available to patients and physicians following approval. Since that time, the Aurinia team has been encouraged by the feedback we are receiving from physicians and patients and our confidence has only grown as we continue to understand the tremendous need and value of LUPKYNIS, and work to accelerate broader adoption across the underserved LN population." | • **Demonstrably true** (statements about FDA approval)<br><br>• **Puffery** ("pivotal decision to build a world-class commercial infrastructure," "tremendous need and value")<br><br>• **Opinion** ("team has been encouraged," "our confidence has only grown") |
| 2. | 05/06/21 Q1 2021 Earnings Call AC ¶ 47 Ex. 9 | "So with respect to LUPKYNIS launch, as you all know by now, we were granted FDA approval around the end of January. And once we had the approval in hand, we got to work getting the therapy to patients. Max Colao is here today and he will provide [you] with more specifics in a few minutes. ***But in short, we are executing the plan and I have a great deal of confidence in the team and in the trends that we are currently seeing during the first quarter into second quarter.***"<br><br>"We ended the first quarter with two months of hard data, which included 257 patients start forms and a solid albeit early conversion rate. These trends continue and have grown into the early part of Q2. Things are off to a good start and just like | • **Demonstrably true** (statements about FDA approval, historical financials, and commercialization metrics)<br><br>• **Puffery** ("great deal of confidence," "solid albeit early |

---

[1] All alterations and emphasis appear in Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws ("AC"), and statements are quoted as alleged in the AC. In some instances, the quotation in the AC differs slightly from the source document included as an exhibit.

[2] The arguments in this column mirror those in Section IV.A.2 of Defendants' Memorandum in Support of Their Motion to Dismiss the AC.

| No. | Source | Challenged Statement[1] | Dismissal Arguments[2] |
|---|---|---|---|
| | | any novel drug launch, the back half of the year is going to be that much more important. As mentioned by one of our sell side analyst notes, most launches only realize a small percentage, give or take less than 5% or so, of first year sales in their initial launch quarter. We had just 60 days. ***So when you look at this metric, we believe that we are right on trends and currently pointing in the right direction.***" <br><br> *** <br><br> "[O]n the financial front, we ended the first quarter with just over $360 million which will support us and our efforts well into 2023. So we have a strong balance sheet to support our ongoing activities." | conversation rate," "good start," "strong balance sheet," "we believe that we are right on trends and currently pointing in the right direction") <br><br> • **Opinion** ("we believe," "I have a great deal of confidence," "things are off to a good start") |
| 3. | 08/05/21 Press Release <br><br> AC ¶ 49 <br><br> Ex. 11 | "'***Aurinia continues to make progress toward transforming the treatment of lupus nephritis (LN) by improving access to treatment and providing disease education and care for the long underserved LN patient community***,' said Peter Greenleaf, President and Chief Executive Officer of Aurinia. 'Our second quarter results demonstrate our momentum as COVID-related restrictions are loosened in parts of the United States with a significant increase in both revenue and patient start forms. ***We are confident that with this year-to-date performance and a strong balance sheet, that we are well-poised for growth as we continue our work to expand the treatment of LN*** and seek new opportunities that could address the needs of patients with serious autoimmune disorders.'" <br><br> "Mr. Greenleaf further stated, 'As we continue to expand patient access to LUPKYNIS across the United States, ***we anticipate that annual net revenue for LUPKYNIS will be in the range of $40 to $50 million for 2021, setting Aurinia up for a very strong 2022 as we recognize the benefit of patients continuing on therapy*** and hopefully achieving reductions in their proteinuria.'" <br><br> *** <br><br> "Total revenue was $6.6 million and $29 thousand for the quarters ended June 30, 2021 and June 30, 2020, respectively. Total revenue was $7.5 million and $59 thousand for the six months ended June 30, 2021 and June 30, 2020, respectively. | • **Demonstrably true** (statements about historical financials) <br><br> • **Puffery** ("continues to make progress," "transforming the treatment," "significant increase," "well-poised for growth," "very strong 2022") <br><br> • **Forward-looking** ("we anticipate," "hopefully achieving") |

| No. | Source | Challenged Statement[1] | Dismissal Arguments[2] |
|-----|--------|-------------------------|------------------------|
| | | The increase for both periods was primarily the result of the commercial sales of LUPKYNIS following FDA approval in January 2021." | |
| 4. | 08/05/21 Q2 2021 Earnings Call AC ¶ 50 Ex. 12 | "So, here we are, we're well into the summer and just over five months into the LUPKYNIS launch. *I guess needless to say that we generated a lot of data points up to this point to supplement our prelaunch research and continue to learn more now that we actually have entered the real-world environment including lupus nephritis patient characteristics and healthcare professional attitudes and behaviors. With this ongoing understanding of the market and just under two quarters of commercial availability, our confidence with LUPKYNIS remains undiminished.*" <br><br> \*\*\* <br><br> "*Next, let me walk you through our revenue performance for the quarter and provide some context because there is a positive message here as well.* In Q2, we generated $6.6 million in net sales. This number exceeded consensus expectations for the quarter *and shows the type of ramp we have expected* with the new drug and an indication that did not historically have an FDA-approved treatment. We believe this in combination with the prevailing wins [sic] of the COVID environment is a significant result." <br><br> "Okay, let's move on to some other positive trends. As of today, patient start forms are well north of 800 to-date and our conversion rate to patients on therapy continues to increase from what we last reported at the end of Q1. On the payer coverage front, LUPKYNIS is currently covered for over 110 million lives in the United States and we are continuing to pursue further coverage. To provide some added granularity behind that number, there are, as of today, at least 50 published LUPKYNIS clinical coverage policies. Importantly, the prior authorization requirements across these policies are very much in-line with the package insert and in fact, the restrictions are less onerous than what we had originally expected. All are reasons to be optimistic. We believe this trend will continue to grow for the remainder of 2021 and drive down our time to starting therapy and drive up our overall conversion rates." | • **Demonstrably true** (statements about historical financials and commercialization metrics) <br><br> • **Puffery** ("our confidence . . . remains undiminished," "positive message," "positive trends," "rate . . . has been low," "acted on many key in-market learnings") <br><br> • **Forward-looking** ("we believe this trend will continue") <br><br> • **Opinion** ("we believe this trend will continue") |

| No. | Source | Challenged Statement[1] | Dismissal Arguments[2] |
|---|---|---|---|
| | | "*In addition, I can also report that the rate of prescription abandonment to date so far has been low* and so far, albeit it is early on in the launch, our rate of compliance is also exceeding our initial launch expectation. In the face of these results, we have also experienced some challenges and acted on many key in-market learnings. The most prominent of these of course is the pandemic." | |
| 5. | 11/03/21<br><br>Press Release<br><br>AC ¶ 53<br><br>Ex. 15 | "Aurinia achieved third quarter revenue of $14.7 million, with nine months ended September 30, 2021 revenue of $22.2 million and maintains its previously stated annual revenue estimate in the range of $40 to $50 million for 2021."<br><br>"'We are very pleased with Q3 results as we continue to execute on our LUPKYNIS commercialization strategies,' said Peter Greenleaf, President and Chief Executive Officer of Aurinia. 'Despite the challenge of the COVID-19 Delta variant and a slight seasonal slowdown, we saw steady increases in patient start forms and patients on treatment toward the end of the quarter and continue to see this upward momentum through October.'"<br><br>***<br><br>"*Third Quarter 2021 Highlights & Upcoming Milestones:*<br><br>• Aurinia has secured 412 patient start forms (PSFs) in the third quarter and as of November 3, 2021, Aurinia has secured a total of more than 1,265 PSFs.<br><br>• PSF conversion rates continue to increase with more than 68% of PSFs converted to patients on therapy. Q2 conversion rates were 50%. Time to convert continues to decrease since launch: 30- and 60-day conversion rates have improved each month.<br><br>• As of early October, Aurinia has confirmed coverage for LUPKYNIS through published payer policies for 65% of total lives in the market. Through patients gaining access to LUPKYNIS, the company now has confirmed coverage in plans covering 87% of total lives." | • **Demonstrably true** (statements about historical financials and commercialization metrics)<br><br>• **Puffery** ("very pleased," "upward momentum")<br><br>• **Forward-looking** ("maintains its previously stated annual revenue estimate") |

| No. | Source | Challenged Statement[1] | Dismissal Arguments[2] |
|---|---|---|---|
| 6. | 11/03/21 Q3 2021 Earnings Call AC ¶ 54 Ex. 16 | "So let's start with our business performance related to the launch starting first with the quarter. In Q3, we generated $14.7 million in net sales, which exceeded analyst expectations and represents 122% increase over the prior quarter. Since the launch in late January, our total recognized revenue is $22.2 million. Based on our current metrics and anticipated year end results, we maintain our guidance in the range of $40 million to $50 million for 2021. In the third quarter, we added 412 patients, new patient star [sic] forms while COVID-19 challenges with the Delta variant and Southern states impacted per PSF prescribing early in the summer, it should be noted that we saw a steady increase in prescribing rates throughout September and continuing into October."<br><br>"As of this week, we have now logged a total of more than 1,265 patients star [sic] forms year-to-date and remain optimistic that this upward momentum will continue. We also continue to see improvements in movement from patient star [sic] forms to patients on therapy with a conversion rate in excess of 68% currently. This was up from approximately 50% in Q2. In addition, our time to convert is shrinking. Both 30 and 60 day conversion rates have continued to improve each month. On the payer coverage front, we continue to make progress, especially with regional and local plans. As of early October, we have confirmed LUPKYNIS coverage through published payer policies for 65% of total lives in the market. Through patients gaining access to LUPKYNIS, we have now confirmed coverage and plans covering 87% of total lives. While our goal is to ensure there are specific policies in place, healthcare professionals and patients are gaining access to LUPKYNIS through medical justifications and working in conjunction with Aurinia's personalized patient support resources. *We continue to work to make access – the access process as seamless as possible for providers and patients, so that patients can quickly gain access and start our treatment.*"<br><br>"*Just over nine months post launch, we're not slowing down.* Our team continues to work tirelessly to educate professional in both professional and patient audience about LUPKYNIS and the urgent need to diagnose and treat lupus nephritis patients as quickly as possible. The most recent healthcare provider market research shows that LUPKYNIS awareness has increased significantly with both rheumatologists | • **Demonstrably true** (statements about historical financials and commercialization metrics)<br><br>• **Puffery** ("We continue to work to make access –the access process as seamless as possible for providers and patients, so that patients can quickly gain access and start our treatment," "Just over nine months post launch, we're not slowing down," "continues to work tirelessly," "awareness has increased significantly," "remarkable clinical results")<br><br>• **Forward-looking** ("maintain our guidance")<br><br>• **Opinion** ("remain optimistic that this upward momentum will continue") |

| No. | Source | Challenged Statement[1] | Dismissal Arguments[2] |
|---|---|---|---|
| | | and nephrologists, and is on par with the competition, which by the way this competition has been on the market for over 10 years. LUPKYNIS is remarkable clinical results continue to differentiate our product and bolster this awareness and confidence in prescribing." | |
| 7. | 11/03/21<br><br>Q3 2021 Earnings Call<br><br>AC ¶ 55<br><br>Ex. 16 | "We've had north of 1,265 PSFs here to date. And if you just do the backwards math on that in the month of October alone, it's approximately 160 new patient start forms in the month of October alone. So I don't want anyone to take away that we've seen a slowing down at this business. We saw impact in – specifically in the Southeast as it was related to the Delta variant that was off target with what we've seen since the start of this launch. We still feel very confident in our prescription start form performance as it pertains to year-to-date and we don't know yet if the summer was something that's going to be a predictable seasonality. Sorry for the long-winded answer. Max, yes." | • **Demonstrably true** (statements about commercialization metrics)<br><br>• **Puffery** ("very confident")<br><br>• **Opinion** ("We still feel very confident") |
| 8. | 11/03/21<br><br>Q3 2021 Earnings Call<br><br>AC ¶ 56<br><br>Ex. 16 | "Yes, Joe, I think, it's a great question. And I think the two biggest – in my mind, the two biggest swing factors that are hard to quantify for me today around the launch in the business, one has been the impact of COVID on our first year at a launch to quantify that for you would be difficult. I would say it definitely has, but to say whether it's 20% or 30%, we just don't know. The second – and by the way COVID decreasing and seeing lower virus rates, et cetera, we know we'll have a positive impact on our business, both with the physician access, patient access, access to care, patients staying on drug, we know that. The other thing we know that's hard to quantify is that obviously having three years worth of data both safety and tolerability data out to three years is better than having just one."<br><br>"And we know that it's going to help our business in lots of different ways. One, we're one of the only products that has data out this long in this patient population. So, that's an important thing to note. And with our drug in the class of CNIs, obviously we want to – while we're a new and differentiated new mechanism – a new drug, we want to continue to reinforce it, utilizing this drug over longer periods of time, doesn't compromise in any way the patient's kidney function, which we're hopeful that in three years we'll actually show that. We know that's going to have | • **Puffery** ("meaningful impact," "positive impact," "really meaningful," "important")<br><br>• **Forward-looking** ("we're hopeful that in three years," "we will launch this data")<br><br>• **Opinion** ("I think the two biggest swing factors," "meaningful impact," "we think it's going to be really meaningful") |

6

| NO. | SOURCE | CHALLENGED STATEMENT[1] | DISMISSAL ARGUMENTS[2] |
|---|---|---|---|
| | | meaningful impact on both prescribing behavior and probably even more importantly how payers react to reimbursing the drug over longer periods of time when as you know our label today's safety and efficacy beyond one year has not been established. So hopefully that it's not a quant answer for you, and I apologize for that, but we think it's going to be really meaningful to both our patients, physicians and our efforts in getting the drug off the ground. And we will launch this data to the market in terms of what the outcomes are as if it were an extension of a pivotal trial, which it is." | |
| 9. | 11/03/21 Q3 2021 Earnings Call AC ¶ 57 Ex. 16 | "We have a business plan and we have a mission as a company. And that business plan is to get this drug to as many patients suffering from autoimmune disease and lupus nephritis as humanly possible. And we remain committed to doing that in a way that drives the most shareholder value, and we remain committed to exploring any and all avenues to complete that mission and do it in a way that is best for driving shareholder value. So I realized that that's a wide open answer, but I think if you read between the lines no one here at Aurinia has a boxed in way of thinking about how we both create value and expand access to this product more broadly, either in our hands or in someone else's or in partnership with someone, we remain open to all potential avenues." | • **Puffery** ("drives the most shareholder value," "best for driving shareholder value," "boxed in way of thinking about how we both create value and expand access to this product more broadly," "all potential avenues")<br><br>• **Opinion** ("I think") |
| 10. | 11/03/21 Q3 2021 Earnings Call AC ¶ 58 Ex. 16 | "Yes, as we've said, it's early, so it's really hard to deduce what the trend will be going forward. We are watching both physician behavior here and patient behavior. Remember we have – *this patient population is a difficult one and can be pretty notoriously uncompliant. So we are looking very closely, not only at physician prescribing behavior, but at persistency as it pertains to the patient and staying compliant and staying on drug. And I just think, you know, we're not trying in any way walk away from this question. I just think you need more than six to nine months worth of data to say anything about the persistency of your drug*. But over time, this is going to be one that we cannot speak about when you have a year's worth of data that's out there or more. And we, as we've said on previous calls, | • **Puffery** ("we are looking very closely," "things have looked good")<br><br>• **Forward-looking** ("But over time, this is going to be," "what I believe will be") |

| No. | Source | Challenged Statement[1] | Dismissal Arguments[2] |
|---|---|---|---|
| | | have every belief that we'll do that. ***So far things have looked good, but I don't want a false report that – compliance will be until I have a project – what I believe will be a projectable number and that's time.***" | • **Opinion** ("I just think," "have every belief that we'll do that," "I believe will be") |
| 11. | 02/16/22 Leerink Conference AC ¶ 63 Ex. 18 | "Greenleaf noted that 'aggressive numbers will come from us,' and further stated, '[w]e want to come and show numbers that we think we can achieve, but at the same time that I'm sure we have a lot of ambition as to how we want to grow the business[.]'" | • **Puffery** ("aggressive numbers will come from us," "we have a lot of ambition as to how we want to grow the business")<br><br>• **Forward-looking** ("aggressive numbers will come from us")<br><br>• **Opinion** ("aggressive numbers will come from us," "we think we can achieve") |