**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MICHAEL J. ORTMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AURINIA PHARMACEUTICALS INC., PETER GREENLEAF, and JOSEPH MILLER,<br><br>Defendants. | Civil Action No. 22-cv-1335-TDC<br><br>Hon. Theodore D. Chuang |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

The Court, having considered Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws ("Motion") pursuant to Fed. R. Civ. P. 12(b)(6), as well as any opposition and reply filed in response thereto, and having heard argument of counsel, hereby GRANTS Defendants' Motion and DISMISSES Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws with prejudice.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE