**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| MICHAEL J. ORTMANN, *individually and on behalf of all others similarly situated*, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 22-1335-BAH |
| AURINIA PHARMACEUTICALS, INC. *et al*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is here by **ORDERED** that Defendants' motion to dismiss, ECF 71, is **GRANTED**. The amended complaint is **DISMISSED** with prejudice.

The Clerk is directed to CLOSE the case.

Dated: August 13, 2024

/s/
Brendan A. Hurson
United States District Judge